FILED
OCT 28 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

10-25-22

1:22-cv-00498

i would like to know the steps i need to take? I was with Sammy Brewster when i got Arrested on 10/6/21 He's showed up to one of my court hearings for this federal case. Since ive been locked up under federal Cousdy He's stolen my 2004 ford Expidition with my Personal belongings inside: my Purse, Jewelry, birth Certifites, SS cards of mine and my Childern, I just Recently gave Orban Steele Power of Attorney of my Stuff and myself, even At the court hearing he stated this said Vehicle was mine. I bought Said vehicle off my Cousin Robert Mills who resides in Panther, WV The said Vehicle is White in Color with gray trim, Orban Steele has Reported this to State troopers of Welch WV Orbans number is 276-345-0063 Address for Orban is Po Box 101 Panther WV 24872 last seen Dec 14th 2021 Sammy usually resides At his grandparents House in

War, WV Address P.O. Box 385 War, WV, 2489, his grandparents number is 304 875 4790 Danny and Kay Cyphers is therir names Tina Keen and Glen Keen is his mother and Step Father they Also live in Said Area Orban has Called them to let them Know Action is being taken but last we herd Sammy lived in Princeton WV with A girlfriend Now no one will Answer the Phone or letters or messages that orban Sends Please help me get my belongings and vehicle back to Orban Steele, Mind you Sammy has mentioned Painting said vehicle Several times State police in Welch WV is suposed to be on look out but this has been since Dec 2021 so Next Step needs to take Action.

Thank You

LaCosta Steele




◇68341-509◇
Lacosta Steele
SFF Hazelton  po box 3000
Bruceton Mills, WV 26525
United States

Secure Female Falicity

Clerk of United States Federal Court
601 Federal St
Bluefield WV 24701

PITTSBURGH PA 150
26 OCT 2022 PM 3 L

24701-309598

RECEIVED
OCT 2 8 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia